## 55882. POOLE v. THE STATE.

BELL, Chief Judge.

This is an appeal from a conviction for theft by deception.

Defendant contends on appeal that the evidence was not sufficient to authorize the verdict of guilty. The transcript of evidence reveals that the conviction was authorized.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED MAY 22, 1978 — DECIDED JUNE 15, 1978.

*Glyndon C. Pruitt,* for appellant.
*Bryant Huff, District Attorney, William P. Rowe, III, Dawson Jackson, Assistant District Attorneys,* for appellee.